In the Matter of the Claim of LOUIS ANDERSON against JOHNSON LIGHTERAGE COMPANY et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant. *

(Submitted October 2, 1922; decided October 10, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 224 N. Y. 539.)

---

NEW YORK DOCK COMPANY, Appellant, *v.* FLINN-O'ROURKE COMPANY, INC., Respondent, and THE CITY OF NEW YORK, Appellant.

(Submitted October 2, 1922; decided October 10, 1922.)

Motion for re-argument or to amend remittitur denied, without costs. (See 234 N. Y. 126.)